**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff/Respondent,<br><br>vs.<br><br>Oscar Bolanos-Nunez,<br><br>        Defendant/Movant. | No. CV-13-1088-PHX-GMS (LOA)<br>No. CR-12-199-PHX-GMS<br><br>**ORDER** |

    This matter arises on Movant Oscar Bolanos-Nunez's Motion for Leave to Amend. (Doc. 7) Movant seeks leave to file an Amended Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. Respondent United States of America has not filed a response to the motion and the time to do so has expired. *See* Civil Rule of Practice ("Local Rule"or "LRCiv") 7.2(c). The Court construes Respondent's failure to respond as consent to the granting of the motion. *See* LRCiv 7.2(i) (failure to file a response to a motion may be deemed a consent to the granting of the motion and the Court may dispose of it summarily).

    Movant initiated this action by filing a Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 on May 28, 2013. (Doc. 1)  The assigned District Judge reviewed the Motion and, on August 20, 2013, ordered Respondent to file an answer. (Doc. 3) On December 20, 2013, Respondent filed a Response in Opposition to Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255. (Doc. 6) Movant has not filed a reply.

    In the instant motion, Movant seeks leave to amend because, since filing his Motion to Vacate, he has received information and documentation from his trial-level counsel that is

relevant to his claims of ineffective assistance. Movant contends the additional information will allow him to more fully support his claims for relief. Movant, however, has failed to comply with LRCiv 15.1(a) by not "[a]ttach[ing] a copy of the proposed amended pleading as an exhibit to the motion, which must indicate in what respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added."

Pursuant to Rule 12 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Federal Rules of Civil Procedure ("Fed.R.Civ.P") may be applied to § 2255 proceedings, "[t]o the extent that they are not inconsistent with any statutory provisions or these rules." Rule 15(a)(1), Fed.R.Civ.P., provides, in relevant part, that "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a responsive pleading." "In all other cases, a party may amend its pleading only with the opposing party's written consent or the [district] court's leave." Fed.R.Civ.P. 15(a)(2). "The court should freely give leave when justice so requires." *Id.*

Here, because more than 21 days had passed since Respondent filed its responsive pleading, Movant properly sought leave of court to amend his Motion to Vacate. Absent any opposition and in light of the policy to freely grant leave when justice so requires, the Motion for Leave to Amend will be granted even though a copy of the proposed petition was not attached to the motion as mandated by LRCiv 15.1(a). Movant will be provided twenty days from the date of this Order to file an Amended Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.

Respondent will be directed to file an answer to the Amended Motion to Vacate within forty (40) days of the date the Amended Motion to Vacate is filed. With the exception of the deadline for Respondent to file an answer, the District Judge's August 20, 2013 Order, doc. 3, remains in effect.

Accordingly,

**IT IS ORDERED** that Movant's Motion for Leave to Amend, doc. 7, is **GRANTED**. Within twenty (20) days of the date of this Order is filed, Movant may file Amended Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.

1  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Movant
2  the current court-approved form for filing a "Motion Under 28 U.S.C. § 2255 to Vacate, Set
3  Aside, or Correct Sentence by a Person in Federal Custody." Movant shall use that form for his
4  amended motion.

5  **IT IS FURTHER ORDERED** that Respondent must answer the Amended Motion to
6  Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 within **40 days** of its filing
7  date. With the exception of the deadline for Respondent to file an answer, the District Judge's
8  August 20, 2013 Order, doc. 3, remains in effect.

9  **IT IS FURTHER ORDERED** that counsel and any unrepresented party must comply
10 with the Rules of Practice for the United States District Court for the District of Arizona ("Local
11 Rules"). The District's Rules of Practice may be found on the District Court's internet web page
12 at www.azd.uscourts.gov/. All other rules may be found at www.uscourts.gov/rules/.

13 DATED this 28th day of March, 2014.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge